UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ALEXIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. ROGERS, an individual; GLADYS HOLDINGS, LLC, a New York Limited Liability Corporation; BEELAND INTERESTS, INC., a Delaware Corporation; and DOES 1 - 50, inclusive,<br><br>Defendant. | Case No.: 15cv691-CAB-BLM<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION [Doc. No. 103]; and (2) GRANTING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AGAINST PLAINTIFF [Doc. No. 99]** |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Barbara L. Major, filed on May 12, 2017, recommending that the Court grant Defendants' motion for terminating sanctions against Plaintiff. [Doc. No. 103.]

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portion of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also*

*United States v. Raddatz*, 447 U.S. 667, 673-76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Cvi.P. 72 advisory committee's note (citing *Campbel v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Here, neither party has timely filed objections to Magistrate Judge Major's R&R. [*See* Doc. No. 103 at 21 (objections due by May 26, 2017).] Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Major's Report and Recommendation; and (2) **GRANTS** Defendants' motion for terminating sanctions against Plaintiff.

The complaint is **HEREBY DISMISSED WITH PREJUDICE**. The Clerk shall close the case.

**IT IS SO ORDERED**.

Dated: May 30, 2017

Hon. Cathy Ann Bencivengo
United States District Judge