

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Alexis | Civil Action No. 15cv0691-CAB-BLM |
| **Plaintiff,** | |
| V. | |
| James B. Rogers; Gladys Holdings, LLC; Beeland Interests, Inc.; DOES 1-50; Pablo Ivan Fabian | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The complaint is Hereby Dismissed With Prejudice. The Clerk shall close the case. It is so Ordered.

Date: 5/30/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy